UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                                      Case No. 07-CV-11483
vs.                                                    HON. GEORGE CARAM STEEH

JULIA BOYKIN,

       Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE (#2)

Plaintiff moves for substituted service to be made upon defendant Julia Boykin, proffering a process server's verified statements that personal service was attempted three times, without success, at Boykin's residential address of 2259 Parkwood Avenue, Ann Arbor, Michigan, 48104. Service upon an individual situated within this federal judicial district may be effected pursuant to the law of Michigan. Fed. R. Civ. P. 4(e)(1). Michigan law provides that "[o]n a showing that service of process cannot reasonably be made as provided by this rule, the court may by order permit service of process to be made in any other manner reasonably calculated to give the defendant actual notice of the proceedings and an opportunity to be heard." M.C.R. 2.105(I)(1). Plaintiff seeks substituted service by means of mailing by first class mail and certified mail (return receipt requested), and also posting a copy of the summons and complaint at Boykin's residence.

Plaintiff's motion for substituted service is hereby GRANTED. Substituted service shall be accomplished by means of first class mail and certified mail (return receipt

requested), as well as by posting a copy of the summons and complaint and a copy of this Order at defendant Julia Boykin's residence of 2259 Parkwood Avenue, Ann Arbor, Michigan, 48104.

SO ORDERED.

Dated: May 18, 2007

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 18, 2007, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk