UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 07-11483
        HON. GEORGE CARAM STEEH

JULIA BOYKIN,

        Defendant
and

FEDEX CORPORATION

        Garnishee.

_____/

**ORDER DENYING DEFENDANT'S REQUEST FOR HEARING**

Presently before the court is defendant's request for hearing about the writ of garnishment directed at Fedex Corporation, filed on March 1, 2012. Plaintiff has filed a response, as well as a supplemental response to defendant's pending motion, filed on March 5, 2012 and March 14, 2012 respectively.

Plaintiff's submissions demonstrate that defendant is not employed with Garnishee Fedex Corporation, therefore any objection defendant has with respect to the writ of garnishment directed at Fedex Corporation, such an objection is moot. Further, plaintiff attached the Certificate of Indebtedness to the complaint, and defendant has not presented any evidence to the contrary. Therefore, to the extent defendant's request for a hearing

is a veiled motion to set aside the default judgment entered in this action, defendant's bare allegation that she paid this debt years ago is insufficient to demonstrate good cause to set aside the default judgment in this matter.

Accordingly,

Defendant's request for hearing [#21] is DENIED.

SO ORDERED.

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

Dated: March 28, 2012

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 28, 2012 and also to Julia Boykin Walker at 2964 Cascade Dr., Ann Arbor, MI 48104, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---